Marjorie E. Kratsas
Nevada Bar No. 12934
mkratsas@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702.251.4100
Facsimile: 702.251.5405
*Attorneys for Defendants Nevada CVS Pharmacy, L.L.C.; Warm Springs Road CVS, L.L.C.; and CVS Pharmacy, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA LYNN JACCARINO, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>NEVADA CVS PHARMACY, LLC, a Nevada limited liability company; WARM SPRINGS ROAD CVS, L.L.C., a Nevada limited liability company; CVS PHARMACY, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>  Defendants. | Case No. 2:25-cv-343-GMN-DJA<br><br>**STIPULATION AND ORDER TO AMEND THE CAPTION AND TO DISMISS  CVS PHARMACY, INC., ONLY, WITHOUT PREJUDICE** |

Plaintiff MARTINA LYNN JACCARINO, by and through her counsel of record DAVID A. TANNER, ESQ. and JEFFREY C. GUNN, ESQ., of TANNER LAW FIRM and Defendants NEVADA CVS PHARMACY, LLC, WARM SPRINGS ROAD CVS, L.L.C., and CVS PHARMACY, INC., by and through its counsel of record MARJORIE E. KRATSAS, ESQ. of WOOD, SMITH, HENNING & BERMAN LLP,  hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the Defendants represent that NEVADA CVS PHARMACY, LLC and WARM SPRINGS ROAD CVS, LLC are the entities that owned, operated, managed, and maintained the premise where this incident occurred.

IT IS FURTHER STIPULATED that Defendants represent that CVS PHARMACY, INC.

1  did not have any day-to-day involvement with the premise where the incident occurred, and its
2  inclusion in this case is not necessary or proper because that entity has no information about the
3  subject incident, nor does it have any involvement in this incident.
4    IT IS FURTHER STIPULATED that the Complaint and Caption be amended to remove
5  reference to CVS PHARMACY, INC. and that CVS PHARMACY, INC. will be dismissed from
6  this case, without prejudice.
7    IT IS FURTHER STIPULATED that should discovery reveal that CVS PHARMACY,
8  INC. had any involvement with the day-to-day operations of the premise where the incident
9  occurred, or that it had any involvement in this incident, that it can be brought back into this case.
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS FURTHER STIPULATED that caption will read:

MARTINA LYNN JACCARINO, an individual,

    Plaintiff,

v.

NEVADA CVS PHARMACY, LLC, a Nevada limited liability company; WARM SPRINGS ROAD CVS, L.L.C., a Nevada limited liability company; DOES I through X; and ROE ENTITIES I through X,

    Defendants.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 23rd day of May, 2025 | DATED this 29th day of May, 2025 |
| **TANNER LAW FIRM** | **WOOD, SMITH, HENNING & BERMAN LLP** |
| /s/ Jeffrey C. Gunn, Esq. | /s/ Marjorie E. Kratsas, Esq. |
| David A. Tanner, Esq.<br>Nevada Bar No. 8282<br>Jeffrey C. Gunn, Esq.<br>Nevada Bar No. 15925<br>7895 W. Sunset Road, Suite 115<br>Las Vegas, NV 89113<br>P: 702-987-8888<br>*Attorneys for Plaintiff* | Marjorie E. Kratsas<br>Nevada Bar No. 12934<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>Tel. 702.251.4100<br>*Attorneys for Defendants Nevada CVS Pharmacy, L.L.C.; Warm Springs Road CVS, L.L.C.; and CVS Pharmacy, Inc.* |

# ORDER

Pursuant to the foregoing stipulated protective order of counsel for all parties, good cause appearing therefore;

**IT IS SO ORDERED;**

IT IS HEREBY ORDERED that the Complaint and Caption be amended to remove reference to CVS PHARMACY, INC. and that CVS PHARMACY, INC. will be dismissed from this case, without prejudice.

IT IS FURTHER ORDERED that should discovery reveal that CVS PHARMACY, INC. had any involvement with the day-to-day operations of the premise where the incident occurred, or that it had any involvement in this incident, that it can be brought back into this case.

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

Dated: May 29, 2025

## Nancy A. Amaya

| | |
|---|---|
| **From:** | Nancy A. Amaya |
| **Sent:** | Thursday, May 29, 2025 8:49 AM |
| **To:** | Nancy A. Amaya |
| **Subject:** | FW: 12713.0005- FW: Martina Lynn Jaccarino v Nevada CVS Pharmacy LLC, et al. - Case No. A-25-910535-C- SAO Protective Order / Discovery Plan / SAO to Dismiss / First Amended Complaint |
| **Attachments:** | Jaccarino - Stipulated Protective Order Jeff Edits.docx |

**From:** Jeff Gunn <Jeff@tannerlawfirm.com>
**Sent:** Friday, May 23, 2025 1:40 PM
**To:** Marjorie E. Kratsas <MKratsas@wshblaw.com>; David Tanner <david@tannerlawfirm.com>; Courtney McMenamy <Courtney@tannerlawfirm.com>
**Cc:** Jennilee Miller <Jen@tannerlawfirm.com>; martinajaccarinoz992199360@tannerlawfirm.filevineapp.com
**Subject:** [EXTERNAL] RE: Martina Lynn Jaccarino v Nevada CVS Pharmacy LLC, et al. - Case No. A-25-910535-C- SAO Protective Order / Discovery Plan / SAO to Dismiss / First Amended Complaint

Marjorie,

1

Please let me know if you can see my edits to this doc. My edits are minor. First, I have removed the agreement that all qualified persons have to sign and agree to the SPO. We are agreeing to it and we will properly inform all Qualified Persons about the terms. Second, I have added langauge to allow all parties to keep and retain copies of any documents for their files, but that those documents may not be used in any other proceedings, thereby protectecting their confidentiality.

As for the SAO to dismiss and amendthe caption, you can e-sign for me.

As for the discovery plan, all the date years are incorrect. It appears that are one year off.

Cordially,

**Jeffrey C. Gunn, Esq.**

**TANNER LAW FIRM**
7895 W. Sunset Road | Suite 115
Las Vegas, Nevada 89113
Tel: 702-987-8888 | Fax: 702-410-8070
jeff@tannerlawfirm.com

2



*MAIL CONFIDENTIALITY NOTICE*: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Marjorie E. Kratsas <MKratsas@wshblaw.com>
**Sent:** Friday, May 23, 2025 1:21 PM
**To:** David Tanner <david@tannerlawfirm.com>; Courtney McMenamy <Courtney@tannerlawfirm.com>
**Cc:** Jennilee Miller <Jen@tannerlawfirm.com>; martinajaccarinoz992199360@tannerlawfirm.filevineapp.com; Jeff Gunn <Jeff@tannerlawfirm.com>
**Subject:** RE: Martina Lynn Jaccarino v Nevada CVS Pharmacy LLC, et al. - Case No. A-25-910535-C- SAO Protective Order / Discovery Plan / SAO to Dismiss / First Amended Complaint

3

Hi David,

I noticed I used an outdated model for the last SAO for Protective Order that I provided. My apologies. This once has slight differences. Please review and revise in the WORD document. Please include comments as to your reasoning. Given the last round of revisions I suspect that this issue may go before our Magistrate so I think keeping the dispute clear will aid in the Magistrate's review of the matter.

I also reviewed the Court's Minute Order and created a separate SAO to Dismiss CVS, only, per the court's instruction. I kept the same language that was previously proposed by your office.

Also, have you filed the First Amended Complaint? I have not seen it and I want to set my deadline to respond off that date.

Finally, can I have a status on the Discovery Plan? I think your office was to plug in the dates.

Thanks!

Marjie

4