```
1  COGBURN DAVIDSON
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cdinjury.com
3  Kendelee L. Works, Esq.
   Nevada Bar No. 9611
4  klw@cdinjury.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, NV 89074
   Telephone: (702) 747-6000
6  Facsimile: (725) 465-8731
   Attorneys for Plaintiff
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA LYNN JACCARINO, an individual,,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, LLLC, a Nevada Limited Company; WARM SPRINGS ROAD CVS, L.L.C., a Nevada limited liability company; DOES I through X; and ROE ENTITITES I through X,,<br><br>    Defendant. | Case Number:<br>2:25-cv-343-GMN-DJA<br><br><br><u>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF MARTINA LYNN JACCARINO**</u> |

  Plaintiff, Martina Lynn Jaccarino, hereby substitutes Jamie S. Cogburn, Esq. and Kendelee L. Works, Esq. of Cogburn Davidson, as its counsel of record in the above-captioned matter in the place and stead of David A. Tanner, Esq. and Jeffrey C. Gunn, Esq. of Tanner Law Firm.

  Dated this 18 day of November, 2025.

                /s/
                Martina Lynn Jaccarino
                *Plaintiff*

1  The undersigned, on behalf of Tanner Law Firm, hereby consents to the subsitution of
2  Cogburn Davidson as counsel of record for Plaintiff, Martina Lynn Jaccarino, in the above-
3  captioned matter in the place and stead of Tanner Law Firm.

    Dated this 18    day of November, 2025.

                                                    TANNER LAW FIRM

                                                    By: /s/
                                                    David A. Tanner, Esq.
                                                    Nevada Bar No. 8282
                                                    Jeffrey C. Gunn, Esq.
                                                    Nevada Bar No. 15925
                                                    7895 W. Sunset Road, Suite 115
                                                    Las Vegas, NV 89113

    The undersigned, on behalf of Cogburn Davidson, hereby agrees to be subsituted as counsel
of record for Plaintiff, Martina Lynn Jaccarino, in the above-captioned matter in the place and stead
of Tanner Law Firm.

    Dated this 19th    day of November, 2025.

                                                    COGBURN DAVIDSON

                                                    By: /s/ Kendelee L. Works, Esq.
                                                    Jamie S. Cogburn, Esq.
                                                    Nevada Bar No. 8409
                                                    Kendelee L. Works, Esq.
                                                    Nevada Bar No. 9611
                                                    2580 St. Rose Parkway, Suite 330
                                                    Henderson, NV 89074
                                                    *Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 12/1/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF MARTINA LYNN JACCARINO** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 25th day of November, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Margorie E. Kratsas, Esq.
mkratsas@wshblaw.com
lvfilings@wshblaw.com
namaya@wshblaw.com
tarias@wshblaw.com
tcampbell@wshblaw.com

/s/*Rosa Abonce*
An employee of Cogburn Davidson